This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Rose Bolander v. Lowe's Home Centers, LLC

| | |
|---|---|
| Case Number | 47C01-2008-CT-001062 |
| Court | Lawrence Circuit Court |
| Type | CT - Civil Tort |
| Filed | 08/30/2020 |
| Status | 08/30/2020 , Pending  (active) |

## Parties to the Case

**Defendant**  Lowe's Home Centers, LLC

  Address       c/o Corporation Service Company
                135 North Pennsylvania Street, Suite 1610
                Indianapolis, IN 46204

  Attorney      Pamela A Paige
                *#1616349, Retained*

                300 N Meridian ST
                STE 990
                Indianapolis, IN 46204
                317-964-2730(W)

**Plaintiff**   Bolander, Rose

  Attorney      James R. Hurt
                *#3438589, Retained*

                Ken Nunn Law Office
                104 South Franklin Road
                Bloomington, IN 47404
                812-340-1546(W)

## Chronological Case Summary

| | | |
|---|---|---|
| 08/30/2020 | **Case Opened as a New Filing** | |

| | | |
|---|---|---|
| 08/31/2020 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint for Damages | |
| | Filed By: | Bolander, Rose |
| | File Stamp: | 08/30/2020 |

| | | |
|---|---|---|
| 08/31/2020 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | Bolander, Rose |
| | File Stamp: | 08/30/2020 |

| | | |
|---|---|---|
| 08/31/2020 | **Subpoena/Summons Filed** | |
| | Summons to Lowe's | |
| | Filed By: | Bolander, Rose |
| | File Stamp: | 08/30/2020 |

**EXHIBIT A**

| | | |
|---|---|---|
| 09/28/2020 | **Appearance Filed** | |
| | Appearance of Pamela A. Paige obo Defendant | |
| | For Party: | Lowe's Home Centers, LLC |
| | File Stamp: | 09/25/2020 |

| | | |
|---|---|---|
| 09/28/2020 | **Motion for Enlargement of Time Filed** | |
| | Motion for Enlargement of Time to Answer Complaint | |
| | Filed By: | Lowe's Home Centers, LLC |
| | File Stamp: | 09/25/2020 |

| | | |
|---|---|---|
| 09/30/2020 | **Order Granting Motion for Enlargement of Time** | |
| | Judicial Officer: | Nikirk, Nathan G |
| | Order Signed: | 09/29/2020 |

| | | |
|---|---|---|
| 10/01/2020 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 9/30/2020 : James R. Hurt;Pamela A Paige | |

| | | |
|---|---|---|
| 10/07/2020 | **Service Returned Served (E-Filing)** | |
| | Return of Service for Lowe's Home Centers | |
| | Filed By: | Bolander, Rose |
| | File Stamp: | 10/06/2020 |

| | | |
|---|---|---|
| 10/19/2020 | **Motion Filed** | |
| | Motion for Trial Date | |
| | Filed By: | Bolander, Rose |
| | File Stamp: | 10/16/2020 |

| | | |
|---|---|---|
| 10/19/2020 | **Motion for Mediation Filed** | |
| | Motion for Mediation | |
| | Filed By: | Bolander, Rose |
| | File Stamp: | 10/16/2020 |

| | | |
|---|---|---|
| 10/19/2020 | **Motion for Pretrial Conference Filed** | |
| | Motion for Pre-trial Conf | |
| | File By: | Bolander, Rose |
| | File Stamp: | 10/16/2020 |

| | | |
|---|---|---|
| 10/21/2020 | **Order Granting Motion for Pretrial Conference** | |
| | Judicial Officer: | Nikirk, Nathan G |
| | Order Signed: | 10/19/2020 |

| | | |
|---|---|---|
| 10/21/2020 | **Hearing Scheduling Activity** | |
| | Pretrial Conference scheduled for 11/17/2020 at 9:00 AM. | |

| | | |
|---|---|---|
| 10/22/2020 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Pretrial Conference ---- 10/21/2020 : James R. Hurt;Pamela A Paige Hearing Scheduling Activity ---- 10/21/2020 : James R. Hurt;Pamela A Paige | |

| | | |
|---|---|---|
| 11/17/2020 | **Pretrial Conference** | |
| | Session: | 11/17/2020 9:00 AM, Judicial Officer: Nikirk, Nathan G |
| | Comment: | telephonic |

## Financial Information

\*

Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Bolander, Rose**
Plaintiff

Balance Due (as of 10/23/2020)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/31/2020 | Transaction Assessment | 157.00 |
| 08/31/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA      )       IN THE LAWRENCE **CIRCUIT** COURT
                         ) SS:
COUNTY OF LAWRENCE     )      CAUSE NO. **47C01-2008-CT-001062**

                                                   **Lawrence Circuit Court**

ROSE BOLANDER

     VS.

LOWE'S HOME CENTERS, LLC

## **COMPLAINT FOR DAMAGES**

     Comes now the plaintiff, Rose Bolander, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Lowe's Home Centers, LLC, alleges and says:

     1.      That on or about June 17, 2020, the plaintiff, Rose Bolander, was a customer at Lowe's Home Center located 3300 16th Street in Bedford, Lawrence County, Indiana.

     2.      That on or about June 17, 2020, the plaintiff, Rose Bolander, while exercising due care and caution for her own safety, was entering said store when suddenly, without warning, she was struck in the head with an object, causing plaintiff to suffer serious injuries.

     3.      That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said store in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the store dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

     4.      That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said store.

     5.      That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid store in a condition reasonably safe for plaintiff and free from defects and conditions rendering the store unsafe.

     6.      That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing at said store.

     7.      That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8.     That the permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said store.

9.     That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10.     That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages, and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages, and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY:     *s/ Jim Hurt*
         Jim Hurt, #34385-89
         KEN NUNN LAW OFFICE
         104 South Franklin Road
         Bloomington, IN  47404
         Phone: (812) 332-9451
         Fax: (812) 331-5321
         E-mail: jamesh@kennunn.com


## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE


BY:     *s/ Jim Hurt*
        Jim Hurt, #34385-89
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: jamesh@kennunn.com


Jim Hurt, #34385-89
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

# APPEARANCE FORM (CIVIL)
## Initiating Party

<table>
<tr><td colspan="2">CAUSE NO: <strong>47C01-2008-CT-001062</strong><br>Lawrence Circuit Court</td></tr>
<tr><td>1.</td><td>Name of first initiating party</td><td>Rose Bolander<br>1921 Plaza Drive, Apt 307<br>Bedford, IN 47421</td></tr>
<tr><td>2.</td><td>Telephone of pro se initiating party</td><td>NA</td></tr>
<tr><td>3.</td><td>Attorney information (as applicable for service of process)</td><td>Jim Hurt #34385-89<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN 47404<br>PHONE: 812 332-9451<br>FAX: 812 331-5321<br>Email: jamesh@kennunn.com</td></tr>
<tr><td>4.</td><td>Case type requested</td><td>CT (Civil Tort)</td></tr>
<tr><td>5.</td><td>Will accept FAX service</td><td>YES</td></tr>
<tr><td>6.</td><td>Are there related cases</td><td>NO</td></tr>
<tr><td>7.</td><td>Additional information required by State or Local Rules</td><td></td></tr>
<tr><td colspan="2">Continuation of Item 1 (Names of initiating parties)</td><td>NAME:<br>NAME:</td></tr>
<tr><td colspan="2">Continuation of Item 3 (Attorney information as applicable for service of process)</td><td></td></tr>
</table>

 s/Jim Hurt
Attorney-at-Law
(Attorney information shown above.)

Filed: 8/31/2020 10:54 AM
Clerk
Lawrence County, Indiana

CIRCUIT/SUPERIOR COURT FOR THE COUNTY OF LAWRENCE
STATE OF INDIANA

| LAWRENCE CIRCUIT COURT | LAWRENCE SUPERIOR COURT I | LAWRENCE SUPERIOR COURT II |
|---|---|---|
| 916 15TH STREET, ROOM 37 | 918 16TH ST., SUITE 300 | 1420 I STREET |
| BEDFORD, IN 47421 | BEDFORD, IN 47421 | BEDFORD, IN 47421 |
| TELEPHONE: 812 275-2421 | TELEPHONE 812 275-3124 | TELEPHONE: 812 275-4161 |

Rose Bolander

                    Plaintiff(s)

          VS.                          No. __**47C01-2008-CT-001062**__
                                            Lawrence Circuit Court

Lowe's Home Centers, LLC

                    Defendant(s)

### SUMMONS

The State of Indiana to Defendant: **Lowe's Home Centers, LLC c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

      You have been sued by the person(s) named "plaintiff" in the court stated above.

      The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

      You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 8/31/2020
                              _____
                              CLERK, LAWRENCE CIRCUIT/SUPERIOR COURT

JIM HURT, #34385-89
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

      A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ____ day of _____, 2020.

                              _____
                              SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX        By certified or registered mail with return receipt to above address.

☐         By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐         By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐         By serving his agent as provided by rule, statute or valid agreement, to-wit:

          KEN NUNN LAW OFFICE

          BY:___ s/ JIM HURT _____
          ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the ___ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this ___ day of _____, 2020.

_____C LERK,
LAWRENCE CIRCUIT COURT

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the ___ day of ___ _____, 2020, and that a copy of the return of receipt was received by me on the ___ day of _____, 2020, which copy is attached herewith.

_____C LERK,
LAWRENCE CIRCUIT COURT

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the ___ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this ___ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of Lawrence County, Indiana.

Dated this ___ day of _____, 2020.

_____C LERK,
LAWRENCE CIRCUIT COURT

**RETURN OF SUMMONS:** This summons came to hand on the ___ day of _____, 2020, and I served the same on the ___ day of _____, 2020.

1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ t he dwelling house or usual place of abode of defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the ___ day of _____, 2020 to _____ h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ ____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this ___ day of _____, 2020.

_____SHER IFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the ___ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____
2. By leaving on the ___ day of _____, 2020 for each of the within named defendant(s)_____ _, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ a nd by mailing a copy of the summons without the complaint to _____ a t _____ t he last known address of defendant(s).

All done in Lawrence County, Indiana.

Fees: $_____                                       _____SHER IFF or DEPUTY

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF LAWRENCE | ) | CAUSE NO. 47C01-2008-CT-00162 |

ROSE BOLANDER,                                  )
                                                              )
     Plaintiff,                                 )
                                                              )
vs.                                                          )
                                                              )
LOWE'S HOME CENTERS, LLC,           )
                                                              )
     Defendant.                             )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1.     The party on whose behalf this form is being filed is:
     Initiating _____   Responding XXXXXX   Intervening _____; and

     The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

     **LOWE'S HOME CENTERS, LLC**

2.     Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

**Pamela A. Paige, Attorney No. 16163-49**     **Email: ppaige@plunkettcooney.com**
**PLUNKETT COONEY, P.C.**              **Telephone:  (317) 964-2730**
**300 N. Meridian Street, Suite 990**          **Fax:  (317) 964-2744**
**Indianapolis, IN 46204**

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.      If first initiating party filing this case, the Clerk is requested to assign this case the
        following Case Type under Administrative Rule 8(b)(3):   **N/A**

4.      This case involves child support issues: Yes _____ No **XX**

5.      This case involves a protection from abuse order, a workplace violence restraining order,
        or a no – contact order: Yes ____ No **XX**

6.      This case involves a petition for involuntary commitment: Yes _____ No **XX**

7.      There are related cases: Yes _____ No _____**XX**_____ (If yes, list on continuation page.)

8.      Additional information required by local rule:

9.      There are other party members: Yes _____ No **XX**

10.     This form has been served on all other parties. Certificate of Service is attached: Yes **XX**
        No ___

                        Respectfully submitted,

                        PLUNKETT COONEY, P.C.


                        /s/  Pamela A. Paige
                        Pamela A. Paige (#16163-49)
                        Attorney for Defendant
                        300 N. Meridian, Suite 990
                        Indianapolis, Indiana 46204
                        Telephone:  (317) 964-2730
                        Facsimile:  (317) 964-2744
                        Email:  ppaige@plunkettcooney.com

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that on September 25, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the IEFS.  Parties may access this filing through the Court's system:

Jim Hurt
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404

         /s/  Pamela A. Paige
         Pamela A. Paige (16163-49)

Open.28226.04247.24978331-1

Filed: 9/25/2020 2:51 PM
Lawrence Circuit Court
Lawrence County, Indiana

STATE OF INDIANA     )           IN THE LAWRENCE CIRCUIT COURT
                     ) SS:
COUNTY OF LAWRENCE  )           CAUSE NO. 47C01-2008-CT-00162

ROSE BOLANDER,          )
                     )
      Plaintiff,        )
                     )
vs.                   )
                     )
LOWE'S HOME CENTERS, LLC,   )
                     )
      Defendant.     )

## MOTION FOR ENLARGEMENT OF TIME TO MOVE OR PLEAD
## IN RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, Lowe's Home Centers, LLC, hereby requests an enlargement of time within which it may file its motion or answer in response to Plaintiff's Complaint to, and including, October 31, 2020.

This Motion is based on the following grounds:

1.     Plaintiff's Complaint was filed on August 30, 2020.

2.     Defendant's answer is currently due on October 1, 2020.

3.     Defense counsel will need additional time to adequately investigate and respond to the allegations contained in Plaintiff's Complaint.

4.     This motion is being made in good faith and not for purposes of delay.

WHEREFORE, Defendant, Lowe's Home Centers, LLC, by counsel, requests that the Court grant an enlargement of time, to and including October 31, 2020, within which Defendant, Lowe's Home Centers, LLC, may respond or plead to Plaintiff's Complaint.

Respectfully submitted,

PLUNKETT COONEY, P.C.


/s/  Pamela A. Paige
Pamela A. Paige (#16163-49)
Attorney for Defendant
300 N. Meridian, Suite 990
Indianapolis, Indiana 46204
Telephone:  (317) 964-2730
Facsimile:  (317) 964-2744
Email:  ppaige@plunkettcooney.com


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the IEFS.  Parties may access this filing through the Court's system:

Jim Hurt
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404


/s/  Pamela A. Paige
Pamela A. Paige (16163-49)

Open.28226.04247.24978324-1

STATE OF INDIANA      )                  IN THE LAWRENCE CIRCUIT COURT
                            ) SS:
COUNTY OF LAWRENCE  )               CAUSE NO. 47C01-2008-CT-00162

ROSE BOLANDER,              )
                            )
       Plaintiff,           )
                            )
vs.                          )
                            )
LOWE'S HOME CENTERS, LLC,    )
                            )
       Defendant.       )

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

This cause came before the Court upon the motion of Defendant, Lowe's Home Centers, LLC, for an enlargement of time to move or plead.  And the Court, being duly advised in the premises, NOW FINDS that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant, Lowe's Home Centers, LLC, is hereby granted an enlargement of time to, and including, October 31, 2020, within which to move or plead in response to Plaintiff's Complaint.

DATED: **September 29, 2020**

_____
JUDGE, LAWRENCE CIRCUIT COURT

Distribution:
All Counsel and Parties of Record

Open.28226.04247.24978326-1

**UNITED STATES**
**POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 09/14/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8320 2475 14. Our records indicate that this item was delivered on 09/08/2020 at 09:51 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

LOWES HOME CENTERS LLC
C/O: CORPORATION SERVICE COMPANY
135 N PENNSYLVANIA ST STE 1610
INDIANAPOLIS IN 46204-2448

Customer Reference Number:        C2249374.12786055
Return Reference Number:           Rose Bolander

USPS MAIL PIECE TRACKING NUMBER:  4204620492148901940383202475114

MAILING DATE:      09/03/2020
DELIVERED DATE:    09/08/2020
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

    LOWES HOME CENTERS LLC
    C/O: CORPORATION SERVICE COMPANY
    135 N PENNSYLVANIA ST STE 1610
    INDIANAPOLIS IN 46204-2448


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/03/2020 11:21 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 09/03/2020 15:05 | PICKED UP | BLOOMINGTON,IN 47403 |
| 09/03/2020 17:16 | DEPART POST OFFICE | BLOOMINGTON,IN 47403 |
| 09/03/2020 22:38 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 09/04/2020 09:26 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 09/05/2020 04:46 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 09/05/2020 08:33 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 09/05/2020 08:44 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 09/05/2020 11:52 | BUSINESS CLOSED | INDIANAPOLIS,IN 46204 |
| 09/08/2020 09:51 | DELIVERED INDIVIDUAL PICKED UP AT USPS | INDIANAPOLIS,IN 46204 |

STATE OF INDIANA      )        IN THE LAWRENCE CIRCUIT COURT
                        ) SS:
COUNTY OF LAWRENCE    )        CAUSE NO. 47C01-2008-CT-001062

ROSE BOLANDER

    VS.

LOWE'S HOME CENTERS, LLC

## MOTION FOR TRIAL DATE

Comes now the plaintiff, by counsel, Jim Hurt, and respectfully requests as follows:

1.      That this matter be set for jury trial.

2.      That the date be established by the Court at the telephonic pre-trial conference

that is being requested simultaneously with the filing of this Motion.

Respectfully submitted,
KEN NUNN LAW OFFICE

BY:   */s/ Jim Hurt*_____
        Jim Hurt, 34385-89
        Attorney for Plaintiff, Rose A. Bolander

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed, personally delivered or filed electronically a copy of this motion to Pamela A. Paige, PLUNKETT COONEY, 300 North Meridian, Suite 990, Indianapolis, IN  46204 on this 16th day of October, 2020.

*/s/ Jim Hurt*_____
Jim Hurt, 34385-89
Attorney for Plaintiff, Rose A. Bolander

Jim Hurt, 34385-89
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Telephone: (812) 332-9451
Fax:  (812)  331-5321

| STATE OF INDIANA | ) | IN THE LAWRENCE CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF LAWRENCE | ) | CAUSE NO. 47C01-2008-CT-001062 |

ROSE BOLANDER

     VS.

LOWE'S HOME CENTERS, LLC

## MOTION FOR MEDIATION ORDER

     Comes now the plaintiff, by counsel, Jim Hurt, and respectfully requests that the Court enter an Order requiring the parties to mediate this case.

                    Respectfully submitted,
                    KEN NUNN LAW OFFICE

                    BY:   */s/ Jim Hurt*_____
                           Jim Hurt, 34385-89
                           Attorney for Plaintiff, Rose A. Bolander

## CERTIFICATE OF SERVICE

     I hereby certify that I have mailed, personally delivered or filed electronically a copy of this motion to Pamela A. Paige, PLUNKETT COONEY, 300 North Meridian, Suite 990, Indianapolis, IN  46204,  on this 16th day of October, 2020.

                    */s/ Jim Hurt*_____
                    Jim Hurt, 34385-89
                    Attorney for Plaintiff, Rose A. Bolander

Jim Hurt, 34385-89
Attorney for Plaintiff, Rose A. Bolander
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Telephone: (812) 332-9451
Fax:  (812) 331-5321

STATE OF INDIANA ) IN THE LAWRENCE CIRCUIT COURT
) SS:
COUNTY OF LAWRENCE ) CAUSE NO. 47C01-2008-CT-001062

ROSE BOLANDER

    VS.

LOWE'S HOME CENTERS, LLC

## MOTION FOR PRE-TRIAL CONFERENCE

Comes now the plaintiff, by counsel, Jim Hurt, and respectfully requests the Court to set a telephonic pre-trial conference in this cause of action, in order to set appropriate trial deadlines.

Respectfully submitted,
KEN NUNN LAW OFFICE

BY:   */s/ Jim Hurt*
          Jim Hurt, 34385-89
          ATTORNEY FOR PLAINTIFF, Rose A. Bolander

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed, personally delivered or filed electronically a copy of this motion to Pamela A. Paige, PLUNKETT COONEY,  300 North Meridian, Suite 990, Indianapolis, IN   46204 on this 16th day of October, 2020.

          */s/ Jim Hurt*
          Jim Hurt, 34385-89
          Attorney for Plaintiff, Rose A. Bolander

Jim Hurt, 34385-89
Attorney for Plaintiff, Rose A. Bolander
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN  47404
Telephone: (812) 332-9451
Fax:  (812) 331-5321

STATE OF INDIANA                )          IN THE LAWRENCE CIRCUIT COURT
                                ) SS:
COUNTY OF LAWRENCE              )          CAUSE NO. 47C01-2008-CT-001062

ROSE BOLANDER

     VS.

LOWE'S HOME CENTERS, LLC

## ORDER TO MEDIATE

Comes now the plaintiff, by counsel, Jim Hurt, and files Motion for mediation Order.

And the Court having considered such motion and being otherwise duly advised in the premises now grants same.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the parties shall mediate this case.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that parties shall agree on a mediator within 30 days from the date of this Order.

**ALL OF WHICH IS ORDERED**_____.


_____
Judge, Lawrence Circuit Court

DISTRIBUTE TO:

Jim Hurt, Ken Nunn Law Office, 104 South Franklin Road, Bloomington, IN  47404  (812) 332-9451
Pamela A. Paige, PLUNKETT COONEY, 300 North Meridian, Suite 990, Indianapolis, IN